UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No: 1:10-cr-378

v                                           HON. JANET T. NEFF

PEGGY ELIZABETH OLIVER,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 31) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 2 of the Superseding Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: February 25, 2011                  /s/ Janet T. Neff
                                           JANET T. NEFF
                                           UNITED STATES DISTRICT JUDGE